DAVID BENEKE, Individually and as Trustee of the J. DAVID BENEKE TRUST, Appellant, v TOWN OF SANTA CLARA et al., Respondents.

Submitted February 26, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.